CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
(973) 645-2736
(FLU:KCPB)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff,*<br>v.<br><br>LAUREN MEHNERT,<br><br>         *Defendant,*<br><br>and<br><br>BAYONNE MEDICAL CENTER<br><br>         *Garnishee.* | Hon. Joseph A. Greenaway, Jr.<br><br>Criminal No. 97-161 |

This matter having been opened to the Court by the United States Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

IT IS on this  22rd  day of  April  , 2008

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

                       _____
                        HON. JOSEPH A. GREENAWAY, JR.
                        JUDGE, U.S. DISTRICT COURT